## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 630-1 | **DATE** | 8/8/2008 |
| **CASE TITLE** | \multicolumn{3}{|c|}{United States of America vs. Cristobal Vargas} |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 8/8/08. Brian M. Collins is appointed as counsel for defendant. Defendant informed of the charges against him and the maximum penalties, his right to remain silent, his right to represent himself, his right to hire his own attorney, his right to appointed counsel and his right to a preliminary hearing. Defendant's oral motion for release on an Own Recognizance Bond is denied without prejudice. Government seeks detention. Bond hearing is entered and continued. Parties shall contact Ms. Franco, Courtroom Deputy to Magistrate Judge Mason to set date for a continued bond hearing and preliminary examination hearing (312) 435-6051.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|