UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| CRISTOBAL VARGAS | ) |
| | ) No. 08 CR 630 |
| | ) Judge Cole |

### FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on August 12, 2008, and for and in consideration of bond being set by the Court for defendant CRISTOBAL VARGAS in the amount of $15,000 being secured by real property, **VICTORINA VARGAS (GRANTOR)**, hereby warrants and agrees:

1. VICTORINA VARGAS warrants that she is the sole record owner and titleholder of the real property located at 12849 S. Escabana, Chicago, Illinois, and described legally as follows:

> LOT 18 IN BLOCK 3 IN FORD CITY SUBDIVISION #2, BEING A SUBDIVISION OF THE WEST ½ OF THE SOUTHEAST 1/4 OF THE SOUTHWEST 1/4 AND THAT PART LYING SOUTHWESTERLY OF THE 100 FOOT RIGHT OF WAY OF THE C.W. RAILWAY OF THE NORTHEAST 1/4 OF THE SOUTHEAST 1/4 OF TH E SOUTHWEST 1/4 OF SECTION 30, TOWNSHIP 37 NORTH, RANGE 15, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.
>
> P.I.N: 26-30-321-013-0000

VICTORINA VARGAS warrants that there is an outstanding mortgage against the subject property and that her equitable interest in the real property approximately equals $ 75,000 .

2. VICTORINA VARGAS agrees that $ 75,000 of her equitable interest in the above-described real property, shall be forfeited to the United States of America, should the defendant CRISTOBAL VARGAS fail to appear as required by the Court or otherwise violate any condition of the Court's order of release. VICTORINA VARGAS has received a copy of the Court's release order and understands its terms and conditions. Further, the surety understands that the only notice she will receive is notice of court proceedings.

3. VICTORINA VARGAS further agrees to execute a quitclaim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. VICTORINA VARGAS understands that should defendant CRISTOBAL VARGAS fail to appear or otherwise violate any condition of the Court's order of release, the United States will obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4. VICTORINA VARGAS further agrees that she will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish her interest therein, including any effort to sell or otherwise convey the property without leave of Court.

5. VICTORINA VARGAS further understands that if she has knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or

document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant CRISTOBAL VARGAS she is subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. VICTORINA VARGAS agrees that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6. VICTORINA VARGAS hereby declares under penalty of perjury that she has read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 8/12/08

VICTORINA VARGAS
Surety/Grantor

Date: 8/12/08

Witness

**Return to:**
Mary Beth Watson
US Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>)<br>CRISTOBAL VARGAS )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br><br><br><br><br>No. 08 CR 630<br>Judge Cole |

### FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on August 12, 2008, and for and in consideration of bond being set by the Court for defendant CRISTOBAL VARGAS in the amount of $75,000 being secured by real property, **CRISTOBAL VARGAS (GRANTOR)**, hereby warrants and agrees:

1. CRISTOBAL VARGAS warrants that he is the sole record owner and titleholder of the real property located at 11144 S. Avenue O, Chicago, Illinois, and described legally as follows:

> THE SOUTH 17 FEET OF LOT 18, THE NORTH 17 FEET OF LOT 19, IN BLOCK 20, IN RUSSELL'S SUBDIVISION OF THAT PART EAST OF RIVER OF THE SOUTH ½ OF SECTION 18, TOWNSHIP 37 NORTH, RANGE 15, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY ILLINOIS.
>
> P.I.N: 26-18-413-058-0000.

CRISTOBAL VARGAS warrants that there are two outstanding mortgages against the subject property and that his equitable interest in the real property approximately equals $25,000 =.

2. CRISTOBAL VARGAS agrees that $25,000 = of his equitable interest in the above-described real property, shall be forfeited to the United States of America, should the defendant CRISTOBAL VARGAS fail to appear as required by the Court or otherwise violate any condition of the Court's order of release. CRISTOBAL VARGAS has received a copy of the Court's release order and understands its terms and conditions. Further, the surety understands that the only notice he will receive is notice of court proceedings.

3. CRISTOBAL VARGAS further agrees to execute a quitclaim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. CRISTOBAL VARGAS understands that should defendant CRISTOBAL VARGAS fail to appear or otherwise violate any condition of the Court's order of release, the United States will obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4. CRISTOBAL VARGAS further agrees that he will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish his interest therein, including any effort to sell or otherwise convey the property without leave of Court.

5. CRISTOBAL VARGAS further understands that if he has knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or

2

document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant CRISTOBAL VARGAS he is subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. CRISTOBAL VARGAS agrees that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6. CRISTOBAL VARGAS hereby declares under penalty of perjury that he has read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 8-12-08

**CRISTOBAL VARGAS**
**Surety/Grantor**

Date: 8/12/08

Witness

**Return to:**
Mary Beth Watson
US Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604

3