# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 630 - 1 | **DATE** | 8/12/08 |
| **CASE TITLE** | USA vs. Cristobal Vargas | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Government and defendant Vargas agree upon certain conditions of release. Preliminary examination set for 8/20/08 at 2:30 p.m. before Magistrate Judge Mason in courtroom 2214.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | rbf |
|---|---|---|