## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 630 | **DATE** | 8/20/08 |
| **CASE TITLE** | USA vs. Cristobal Vargas | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing held. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

1:30

| | Courtroom Deputy Initials: | rbf |
|---|---|---|