

**FILED**

09-04-08
SEP - 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 08 CR 630    **JUDGE KENNELLY** |
| | ) | |
| | ) | Violation: Title 21, |
| v. | ) | United States Code, |
| | ) | Section 846. |
| | ) | **MAGISTRATE JUDGE COLE** |
| CRISTOBAL VARGAS | ) | |

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about August 7, 2008, at Chicago, in the Northern District of Illinois, Eastern

Division, and elsewhere:

CRISTOBAL VARGAS

defendant herein, attempted to knowingly and intentionally possess with intent to distribute

controlled substances, namely 500 grams or more of mixtures and substances containing cocaine,

a Schedule II Narcotic Drug Controlled Substance; in violation of Title 21, United States Code,

Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## **FORFEITURE ALLEGATION**

The SPECIAL JUNE 2007 GRAND JURY further alleges:

1.      The allegations of this Indictment are re-alleged and incorporated herein by reference for the purpose of alleging that certain property is subject to forfeiture to the United States, pursuant to the provisions of Title 21, United States Code, Section 853.

2.      As a result of his violation of Title 21, United States Code, Section 846, as alleged in the foregoing Indictment,

CRISTOBAL VARGAS

defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(2), any and all property used, or intended to be used, in any manner or part, to commit or facilitate the commission of the violations.

3.      The interests of the defendant subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853, include, but are not limited to $49,490 in United States Currency;

All pursuant to Title 21, United States Code, Section 853.


A TRUE BILL:


_____
FOREPERSON


_____
UNITED STATES ATTORNEY


2