**FELONY** DD

CA53

**08 CR    630**

JUDGE KENNELLY

MAGISTRATE JUDGE COLE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

*FILED SEP 04 2008 MAGISTRATE JUDGE JEFFREY COLE UNITED STATES DISTRICT COURT*

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?  **NO     YES X**   If the answer is "Yes", list the case number and title of the earliest filed complaint:
United States of America v. Cristobal Vargas- 08 CR 0630 -Magistrate Judge Cole

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
**NO X     YES**     If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?     **NO X     YES ☐**
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
**NO X     YES ☐**   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?     **NO X     YES ☐**

6) What level of offense is this indictment or information?     **FELONY X     MISDEMEANOR ☐**

7) **Does this indictment or information involve eight or more defendants?**     **NO X     YES ☐**

8) Does this indictment or information include a conspiracy count?     **NO X     YES ☐**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ................ (II) | ☐ Income Tax Fraud  (II) | ☐ DAPCA Controlled Substances ...... (III) |
| ☐ Criminal Antitrust . (II) | ☐ Postal Fraud ............. (II) | ☐ Miscellaneous General Offenses ..... (IV) |
| ☐ Bank robbery ........... (II) | ☐ Other Fraud ............. (III) | ☐ Immigration Laws  (IV) |
| ☐ Post Office Robbery ......... (II) | ☐ Auto Theft ............. (IV) | ☐ Liquor, Internal Revenue Laws ....... (IV) |
| ☐ Other Robbery ............ (II) | ☐ Transporting Forged Securities ..... (III) | ☐ Food & Drug Laws  (IV) |
| ☐ Assault ................ (III) | ☐ Forgery ............. (III) | ☐ Motor Carrier Act  (IV) |
| ☐ Burglary ............... (IV) | ☐ Counterfeiting ............. (III) | ☐ Selective Service Act ............... (IV) |
| ☐ Larceny and Theft . (IV) | ☐ Sex Offenses ............. (II) | ☐ Obscene Mail ............... (III) |
| ☐ Postal Embezzlement ....... (IV) | ☐ DAPCA Marijuana  (III) | Other Federal Statutes ........... (III) |
| ☐ Other Embezzlement ....... (III) | ☒ DAPCA Narcotics  (III) | ☐ Transfer of Probation Jurisdiction .... (V) |

10) List the statute of each of the offenses charged in the indictment or information.
Title 18, United States Code, Section 846.

Michael T. Donovan  (312) 886-2035
Assistant United States Attorney